E-FILED
Thursday, 09 April, 2026  11:23:51 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No 25-CR-10028 |
| | ) | |
| JOHN E. KLEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **John E. Klein, DC# F60315**, is presently incarcerated in Wakulla Correctional Institution of the Florida Department of Corrections; it further appearing that **John E. Klein, DC# F60315**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings at the United States District Court, Courtroom A, 100 NE Monroe Street, Peoria, Illinois on **May 21, 2026 at 10:00 a.m.** for a hearing on this cause,

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of the Florida Department of Corrections, Wakulla Correctional Institution and the United States Marshal for

4

the Central District of Illinois, to produce **John E. Klein, DC# F60315,** before this Court at the Federal Building and U.S. Courthouse, Courtroom A, 100 NE Monroe Street, Peoria, Illinois on **May 21, 2026 at 10:00 a.m.** in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

**IT IS FURTHER ORDERED** that the United States Marshal for the Central District of Illinois shall return the defendant to the Florida Department of Corrections at Wakulla C.I., under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

s/ Jonathan E. Hawley
_____

JOHNATHAN E. HAWLEY
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this _____9th_____ day of April, 2026.

5